UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MCDONALD, *et al*,

    Plaintiffs,

-vs-

ASSET ACCEPTANCE LLC,

    Defendant.

Civil Action No. 11-13080

District Judge Marianne O. Battani

## ORDER ON MOTION TO COMPEL

Plaintiffs have filed a motion to compel (Doc. No. 41). The Court has reviewed the arguments of the parties. On consideration of the same, and being fully advised, the motion is GRANTED.

Therefore, defendant shall forthwith produce to plaintiffs the following:

A. "contracts or agreements (by any title, including but not limited to 'credit card account purchase agreements,' or the like) by which [Asset Acceptance LLC ("Asset")] purchased charged-off consumer credit card accounts, that Asset entered into with any banking institution, and which resulted in the purchase of debt portfolios by Asset between January 1, 2007 and December 31, 2011" – pursuant to Request for Production 1 of plaintiffs' third set of discovery requests – and

B. "all exhibits, amendments, bills of sale, schedules, and other documents relating to the contracts produced pursuant to" this order – in line with Request for Production 2 of plaintiffs' third set of discovery requests.

                    s/Mark A. Randon
                    Mark A. Randon
                    United States Magistrate Judge

Dated: August 28, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 28, 2012, by electronic and/or ordinary mail.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*