UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN

DAVID J. MCDONALD,
RYAN K. GUIMOND and,
CATHERINE PETRILLI,

    Plaintiffs,

-vs-                              2:11CV13080

ASSET ACCEPTANCE LLC,

    Defendant.

ORDER GRANTING IN PART AND DENYING IN PART

PLAINTIFFS' MOTION TO COMPEL PRODUCTION [DOCKET # 28]

IT IS HEREBY ORDERED that the Plaintiffs' Motion to Compel Production is Granted in Part and Denied in Part. Specifically, Defendant is ordered to produce the sampling of data that it previously agreed to produce no later than September 6, 2012, in lieu of any other response at this time to Interrogatories 4 and 5 and Request for Production No.2.

In addition, no later than September 6, 2012, Defendant is ordered to respond to Requests for Admission Nos. 12, 13, 14, and 15 by disclosing whether the number of individuals from whom Asset attempted to collect a debt, which it claims to have purchased, that had interest added by Asset to the claimed amount of the alleged debt, that had not been added by the alleged owner of the debt prior to purchase by Asset, between July 15, 2010 and August 5, 2011 is within one of the following ranges:

-    1 - 25,
-    26 - 50,
-    51 - 100,

- 101 - 500,
- 501 - 1,000,
- 1,001 - 10,000,
- 10,001 - 100,000,
- 100,001 - 200,000,
- 200,001 - 300,000,
- 300,001 - 400,000,
- 400,001 - 500,000, or
- more than 500,000.

By making this production, defendant does not waive any legal arguments it may make regarding class certification or the merits of the case.

SO ORDERED.

s/Mark A. Randon
Mark A. Randon
United States Magistrate Judge

Dated: August 30, 2012

### Certificate of Service

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 30, 2012, by electronic and/or ordinary mail.*

s/Melody R. Miles
*Case Manager to Magistrate Judge Mark A. Randon*