UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MCDONALD, et al,

                Plaintiffs,                          2:11CV13080-MOB-MAR

-vs-

ASSET ACCEPTANCE LLC,

                Defendant.
_____/

**ORDER ON MOTION TO COMPEL PRODUCTION
AND TO EXTEND DISCOVERY**

       This Court reviewed the briefing on plaintiffs' motion to compel production (Doc. 41), and called the motion for argument on October 9, 2012. At the same hearing, a fully-briefed motion to extend the discovery deadline (Doc. 46) was also considered. After being so advised:

       IT IS HEREBY ORDERED THAT THE MOTION TO COMPEL PRODUCTION IS GRANTED IN PART. Defendant shall produce to plaintiff, no later than December 10, 2012, (A) the purchase agreements (or documents similarly titled) between Asset and any banking institution entered into between July 15, 2009 and July 15, 2011 (inclusive) for the purchase of charged-off credit card accounts, and (B) all amendments to those same agreements. No exhibits to those agreements have to be produced, and the agreements and any amendments thereto can be produced pursuant to the protective order entered in this case.

       In light of the disposition of the motion to compel discovery, IT IS FURTHER ORDERED THAT THE MOTION TO EXTEND DISCOVERY IS GRANTED for the limited purpose of allowing defendant to produce the purchase agreements by December 10, 2012. No other discovery shall occur absent an order from this Court.

       This order is without prejudice to any motion to compel plaintiffs may file, if and when a class is certified, for the production of documents which were the subject of the motion to

compel (Doc. 41) but were not ordered to be produced at this time, and also the production of information on class members.

      SO ORDERED.

                              s/Mark A. Randon
                              MARK A. RANDON
                              UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, October 16, 2012, by electronic and/or first class U.S. mail.*

                              *s/Melody R. Miles*
                              *Case Manager to Magistrate Judge Mark A. Randon*