UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

David–John McDonald, et al.,

                Plaintiff(s),

v.                                        Case No. 2:11–cv–13080–MOB–MAR
                                        Hon. Marianne O. Battani

Asset Acceptance, LLC,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Marianne O. Battani at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 272. The following motion(s) are *rescheduled* for hearing:

        Sealed Motion – #66
        Sealed Motion – #67
        Motion to Certify Class – #72

- MOTION HEARING:  May 23, 2013 at 02:00 PM

**ADDITIONAL INFORMATION:**    AMENDED NOTICE

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/C. Motowski
                                                             Acting in the absence of Bernadette Thebolt

Dated:  April 30, 2013